In The

*Court of Appeals*

*Ninth District of Texas at Beaumont*

_____

NO. 09-13-00307-CR
_____

STACEY CARTER, Appellant

V.

THE STATE OF TEXAS, Appellee

On Appeal from the 411th District Court
Polk County, Texas
Trial Cause No. 22,444

MEMORANDUM OPINION

On July 9, 2013, the trial court sentenced Stacey Carter on a conviction for possession of a controlled substance. Carter filed a notice of appeal on July 8, 2013, and signed a written waiver of the right of appeal on July 9, 2013. The trial court entered a certification of the defendant's right to appeal in which the court certified that the defendant waived his right of appeal. *See* Tex. R. App. P. 25.2(a)(2). The district clerk has provided the trial court's certification to the Court of Appeals. On July 24, 2013, we notified the parties that we would dismiss

1

the appeal unless the appellant established grounds for continuing the appeal. No response has been filed. Because the record does not contain a certification that shows the defendant has the right of appeal, we must dismiss the appeal. *See* Tex. R. App. P. 25.2(d). Accordingly, we dismiss the appeal.

APPEAL DISMISSED.

_____
CHARLES KREGER
Justice

Opinion Delivered September 4, 2013
Do Not Publish

Before Gaultney, Kreger, and Horton, JJ.